# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GORDON GRAVELLE
*doing business as* CodePro Manufacturing
*doing business as* Rapidkey Industries

　　　　　Plaintiff

　　v.

　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No.  1:19-cv-409

AVIS INDUSTRIAL CORPORATION

　　　　　Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: Judgment is ENTERED in favor of Defendant Avis Industrial Corporation and against Plaintiff Gordon Gravelle, *doing business as* CodePro Manufacturing, *doing business as* Rapidkey Industries.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on a Motion for Summary Judgment.

DATE: 3/9/2021　　　　　　　　　　　　ROBERT N. TRGOVICH, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　by  s/ M. Murray_____
　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*